UNITED STATES of America, Plaintiff–Appellee,

v.

Francisco MEZA–GUTIERREZ, Defendant–Appellant.

No. 10–10193.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 23, 2012.

Lawrence Lee, Assistant U.S., Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mark Willimann, Tucson, AZ, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Francisco Meza–Gutierrez appeals from the 32–month sentence imposed following his guilty-plea conviction for re-entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Meza–Gutierrez contends that he was entitled to an additional one-level adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b). Contrary to his assertion, the government's refusal to move for the additional one-level reduction was justified because Meza–Gutierrez refused to waive his appellate rights. *See United States v. Johnson,* 581 F.3d 994, 1006–07 (9th Cir.2009); *United States v. Medina–Beltran,* 542 F.3d 729, 731 (9th Cir.2008) (per curiam).

**AFFIRMED.**